```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                     AT ROANOKE, VA
                                                          FILED
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF VIRGINIA    AUG 3 1 2006
                      ROANOKE DIVISION               JOHN F. CORCORAN, CLERK
                                                  BY:
                                                        DEPUTY CLERK
```

ARTIS BAINES, et al., )
    Plaintiffs, ) Civil Action No. 7:06CV00517
)
v. ) **FINAL ORDER**
)
D. MCKNIGHT, et al., ) By: Hon. Glen E. Conrad
    Defendants. ) United States District Judge

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiffs' complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted;

2. The plaintiffs' motion for appointment of counsel and the plaintiffs' motion for a preliminary injunction shall be and hereby are **DENIED**; and

3. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiffs and counsel of record for the defendants.

ENTER: This 31st day of AUGUST, 2006.

                                                     /s/ Glen E. Conrad
                                                   United States District Judge