CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 31 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ARTIS BAINES, et al., )
   Plaintiffs, ) Civil Action No. 7:06CV00517
)
v. ) **FINAL ORDER**
)
D. MCKNIGHT, et al., ) By: Hon. Glen E. Conrad
   Defendants. ) United States District Judge

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiffs' complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted;

2. The plaintiffs' motion for appointment of counsel and the plaintiffs' motion for a preliminary injunction shall be and hereby are **DENIED**; and

3. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiffs and counsel of record for the defendants.

ENTER: This 31st day of AUGUST, 2006.

                                             /s/ Glen E. Conrad
                                           United States District Judge